UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KRAFT FOODS GLOBAL, INC.,                          :

              Plaintiff,                          :     INDEX NO.  10 CIV 09085 (CS)

    -against-                          :     **NOTICE OF WITHDRAWAL**
                                                                   **OF MOTION**
STARBUCKS CORPORATION,                          :

             Defendant.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Plaintiff Kraft Foods Global, Inc. ("Kraft"), by and through its undersigned counsel, Morgan, Lewis & Bockius LLP, hereby withdraws its Motion for William P. Quinn, Jr. to Appear Pro Hac Vice (Docket Entry No. 5) in the above-captioned case.  Plaintiff intends to file a single motion later this week to move jointly for the admissions of William P. Quinn, Jr. and Kathleen M. Waters Pro Hac Vice in the above-captioned case.

Dated: New York, New York.
        December 14, 2010

Respectfully submitted,

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0600
212.309.6000

*Of Counsel:*

William P. Quinn (pro hac to be filed)
wquinn@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215.963.5000
Fax: 215.963.5001

By: _____
        Michael S. Kraut

                -and-

Kathleen A. Waters (pro hac to be filed)
kwaters@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor Los
Angeles, CA 90071-3132
Phone: 213.612.2500
Fax: 213.612.2501

*Attorneys for Plaintiff Kraft Foods Global, Inc.*