UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC., | : |
| Plaintiff, | : |
| | : 10 Civ. 09085 (CS) |
| -against- | : |
| STARBUCKS CORPORATION, | : **NOTICE OF APPEARANCE** |
| Defendant. | : |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of defendant Starbucks Corporation, in the above-captioned case:

>Maria Barton
>Latham & Watkins LLP
>885 Third Avenue
>New York, New York
>Telephone: (212) 906-1200
>Facsimile:  (212) 751-4864

Dated: December 20, 2010
      New York, New York

>LATHAM & WATKINS LLP
>
>By: ___/s/ Maria Barton_____
>     Maria Barton
>     885 Third Avenue
>     New York, New York
>     Telephone: (212) 906-1200
>     Facsimile:  (212) 751-4864
>
>     *Attorneys for Defendant*
>     *Starbucks Corporation*