# EXHIBIT 6



Starbucks Coffee Company
PO Box 34067
Seattle, WA 98124-1067
206/318-1575

May 22, 2007

Dear John:

This is to confirm that as an exception to Section 7.B.(i) of the Supply and License Agreement dated March 29, 2004 (the "Agreement") between Starbucks Corporation and Kraft Foods Global, Inc., Starbucks agrees that for the 2007 fiscal year, A&P spending will be below the contractual minimum by up to Four Million Dollars ($4,000,000). Based on current projections of Distributor Net Sales for such year, the contractual minimum is calculated at Fifty-four Million Dollars ($54,000,000).

Except as expressly set forth above, this letter shall not alter, modify, amend or in any way affect the Agreement. Nothing herein shall be deemed to entitle Distributor to a consent to, or a waiver, amendment, modification or other change of the Agreement in similar or different circumstances. Capitalized terms not otherwise defined in this letter shall have the meanings ascribed to them in the Agreement, the terms and conditions of which are incorporated herein by reference.

Please confirm your agreement by returning to me a signed acknowledgement where indicated below.

Warm regards,

Wendy

_____
Wendy Piñero DePencier
vp, Global Consumer Products, US
Starbucks Coffee Company

_____
John LeBoutillier
SVP/GM, Coffee
Kraft Foods Global, Inc.

cc: Mark Aoki-Fordham
    Marty Gorman