# EXHIBIT 10

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

November 5, 2010

Ms. Deanie Elsner
Kraft Foods Global, Inc.
Coffee Division
555 S. Broadway
Tarrytown, NY 10591

Re: Supply and License Agreement dated March 29, 2004

Dear Ms. Elsner:

I write on behalf of Starbucks Corporation ("Starbucks") to follow up on my letter dated October 5, 2010. That letter provided notice to Kraft Foods Global, Inc. ("Kraft") and the Oversight Committee of Material Breaches of the Supply and License Agreement dated March 29, 2004 (the "U.S. Supply and License Agreement"), and informed Kraft that, unless it cured the breaches within 30 days, the U.S. Supply and License Agreement would terminate on March 1, 2011.

I have received the letter dated November 4, 2010 from William P. Quinn, Jr., disputing Starbucks' claims of material breach. Starbucks does not agree. Furthermore, Kraft has made no effort to cure any of the Material Breaches we identified in our letter of October 5, 2010. Accordingly, this letter will confirm that, pursuant to paragraph 5(B)(iii) of the U.S. Supply and License Agreement, that agreement will terminate on March 1, 2011.

In addition, Starbucks hereby provides notice that the following additional agreements between Starbucks and Kraft also will terminate on March 1, 2011:

A. International Supply and License Agreement, dated September 28, 2006, pursuant to ¶ 5.B.(ix) thereof;

B. Tassimo Supply and License Agreement, dated August 9, 2006, pursuant to ¶ 5.B.(viii) thereof;

C. Starbucks Tassimo Supply and License Agreement, dated July 27, 2007, pursuant to ¶ 5.B.(vi) thereof.

Please note that Starbucks expressly reserves the right also to terminate the Tassimo Supply and License Agreement pursuant to ¶ 5.B.(ii) thereof and the Starbucks Tassimo Supply and License Agreement pursuant to ¶ 5.B.(ii) thereof based on Kraft's failures to disclose material information relating to product safety and its manufacturing failures related to Starbucks and Seattle's Best Coffee Tassimo disks.

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

Ms. Deanie Elsner
November 5, 2010
Page 2

      Starbucks will be contacting Kraft to discuss the parties' fulfillment of their obligations to ensure an orderly transition at the conclusion of these respective agreements.

                    Sincerely,

                    Aaron M. Panner

cc:    Marc Firestone, Esq.
       Kraft Foods Global, Inc.
       Three Lakes Drive
       Northfield, IL 60093

       William P. Quinn, Jr.
       Morgan Lewis
       1701 Market St.
       Philadelphia, PA 19103