# EXHIBIT 13

11/10/2010 19:51 FAX 206 318 5600         NACP SEATTLE                                    ☑001



**Starbucks Coffee Company**
PO Box 34067
Seattle, WA 98124-1067
206/318-1575

November 10, 2010

Ms. Deanie Elsner
Kraft Foods Global, Inc.
Coffee Division
555 S. Broadway
Tarrytown, NY 10591

Re: Tazo Tea Transition to Starbucks for January 1, 2011 Turnover

Dear Deanie:

This letter is to confirm the expiration of the contractual agreement between Starbucks Corporation and Kraft Foods for the sales, marketing and distribution of Tazo® tea brand filterbag teas and tea latte concentrates, effective December 31, 2010. As we discussed, although you and I have been reviewing the possibility of extending the agreement through February 28, 2011, Starbucks now believes it would be preferable to end the agreement on December 31, 2010. Therefore, we withdraw the offer we made to extend the agreement.

As of January 1, 2011, Starbucks intends to bring the Tazo brand in-house for direct distribution. We will partner with Acosta Sales & Marketing, who currently acts in a broker capacity for our Starbucks VIA® Ready Brew products. To enable an orderly transition, we intend to work closely with Kraft to ensure that our mutual needs are met to best serve the customer and the end consumers. We will require from you, as part of the transition, information related to marketing, advertising, and promotion; market structure and category management; customer relationships and customer business processes; inventory levels and shipment history; cash flow and financial analyses; customer data requirements; key customer contracts; and other customer requirements related to order management and distribution. I have attached to this letter a document identifying categories of data needed to ensure an orderly transition.

I will be your primary point of contact for initial transition planning. I suggest that we pull together a multi-functional, mirror working team comprised of key members from each of our organizations. In that regard, I propose on the Starbucks side the following partners from the functions identified: Brian Braden, vice president, Consumer Products (Sales); Lyn Frates, director, Packaged Tea; Dale Perrott, vice president, Supply Chain Development (Supply Chain); and Janet Landers, vice president, Business Systems Development (IT). If this approach is acceptable to you, please forward the names of the five functional representatives (sales, marketing, supply chain and systems) from your team to work with Starbucks. These leaders can then work together under our leadership through the details to ensure the orderly transition.

Thank you for your attention to this important matter. I recognize that this is a challenging time, but my team and I are fully committed to working with you and your team to ensure a smooth transition for the benefit of our customers and our shareholders.

Sincerely,

Jeff Hansberry
president, Starbucks Global Consumer Products & Foodservice

PAGE 1/2 * RCVD AT 11/10/2010 6:29:38 PM [Pacific Standard Time] * SVR:SEAMS645/20 * DNIS:80304 * CSID:206 318 5600 * DURATION (mm-ss):01-35

## Addendum A: Transition Data Requirements

Marketing / Consumer:

1. 2011 Tazo marketing plan
2. 2011 Tazo marketing spend plan by customer
3. Latest brand health tracker for Tazo
4. Historical promotional payout analysis for Tazo (*for past 36 months*)
5. Customer marketing and trade funds spend for Tazo by customer (*for past 36 months*)

Sales:

6. 2011 Merchandising calendar by customer
7. Trade promotions and spend by customer
8. Demand forecast by Tazo SKU for each customer (*through end of calendar 2011*)
9. Customer shipping history by Tazo SKU (36 months)
10. Key opportunities identified by customer
11. Tea planograms by customer

Supply Chain Operations:

12. Current inventory by Tazo SKU by Kraft distribution center
13. Expiration dates of current Tazo inventory by SKU in each Kraft distribution center
14. Monthly and annual shipment history by Tazo SKU and by customer ship-to location(*for past 36 months*)
15. List of Ship-To and Bill-To locations by customer (*address street, city, postal code and state – county and country, where appropriate*)
16. Current price list and order guides
17. Current bracket pricing structure by customer
18. Special handling requirements by customer:
    - Require sales-ready pallets (Yes/No)
    - Participant in pallet exchange programs (Yes/No)
    - Participate in back-haul programs (Yes/No)
19. Receiving contact(s) and contact name(s) by customer Ship-To location
20. Shelf life requirements by customer