# EXHIBIT 20

Case 7:10-cv-09085-CS   Document 22-20   Filed 12/23/10   Page 1 of 2

**Statement from Starbucks Clarifying Comments Made in China**

SEATTLE, November 12, 2010 - Statements coming out of multiple news reports from China by Starbucks chairman, president and ceo, Howard Schultz, were mischaracterized by the press.

Starbucks Coffee Company (NASDAQ:SBUX) recognizes the dynamic growth in the single-serve category and is pleased with the success of Starbucks VIA® Ready Brew, our first entry into this category. In its first year, Starbucks VIA® reached nearly $135 million in sales, making it a "mega hit" as categorized by SymphonyIRI.

Consistent with our prior statements, we look forward to providing Starbucks customers with more ways to enjoy Starbucks® coffee, one cup at a time.