# EXHIBIT 21



## Starbucks to sell coffee machines, capsules in U.S.

By Dow Jones Newswires
Posted Nov. 12 at 6:08 a.m.

Starbucks Corp. plans to launch coffee machines in the U.S. to ensure growth in the consumer packaged goods market.

The Seattle-based coffee chain is looking to expand its presence in the U.S. consumer packaged goods arena and will sell single-service coffee machines and instant coffee pods to accompany them, Starbucks Chief Executive Howard Schultz said in an interview Friday. The timeline for the product's rollout hasn't yet been determined, Schultz said.

Starbucks' coffee machines and coffee capsules will be an extension of the Via brand, which launched in March as an instant coffee product sold first only in the company's store