# EXHIBIT 22



kraft foods

**Deanie Elsner**
President, Beverages Business Unit

November 15, 2010

VIA EMAIL AND OVERNIGHT COURIER

Starbucks Corporation
2401 Utah Avenue
Seattle, Washington 98134

Attn:
Howard Schultz
Chairman, President and Chief Executive Officer

Jeff Hansberry
President, CPG & Foodservices

Re: Meeting of Oversight Committee

Dear Sirs:

Paragraph 15(A) of the Supply and License Agreement dated March 29, 2004 ("Supply Agreement") requires the parties to attempt to resolve any dispute between them by submitting the dispute to the Oversight Committee established in accordance with the agreement. In his November 12, 2010 letter, Starbucks' counsel stated that Starbucks submitted the parties' dispute over termination of the Supply Agreement to the Oversight Committee by way of his October 5, 2010 letter purporting to terminate the Supply Agreement on the ground that Kraft materially breached the agreement.

Therefore, in keeping with the Oversight Committee's obligations under Paragraph 15(A) of the Supply Agreement, Kraft intends to convene a meeting of the Oversight Committee to consider Starbucks' allegations of breach and the validity of Starbucks' attempt to terminate the Supply Agreement. Please let us know by 12:00 pm PST tomorrow a time and date no later than November 19, 2010 at which Starbucks' members of the Oversight Committee will be available to address these matters. Although an in-person meeting would be preferable, if one cannot be arranged by November 19, 2010, a telephonic meeting would be acceptable.

Also, so as to enable the Oversight Committee to carry out its contractual obligations under Paragraph 15(A), please provide us with the following information at least 24 hours before the meeting:

1. The amount Starbucks contends Kraft was required to spend pursuant to Paragraph 7(B) of the Supply Agreement in each year since the Supply Agreement was executed and the basis for Starbucks' contention;

2. The amount Starbucks contends Kraft actually spent pursuant to Paragraph 7(B) of the Supply Agreement and the basis for Starbucks' contention;

3. The specific facts upon which Starbucks bases its contention that Yuban coffee is a Super Premium Coffee within the meaning of the Supply Agreement;

4. The specific actions Starbucks contends Kraft should have taken, but failed to take, "to address the erosion of Starbucks' market share" as well as the factual basis for Starbucks' contention that Kraft purportedly failed to take such actions;

5. The calendar quarters in which Starbucks contends that Kraft failed to provide Starbucks with marketing and trade budgets and the basis for Starbucks' contention;

6. As to those calendar quarters in which Starbucks contends that Kraft provided Starbucks with budgets that lacked sufficient detail, the basis for Starbucks' contention, including the required details Kraft failed to provide;

7. The specific instances in which Starbucks contends Kraft executed on promotions, advertising, packaging and other programs and materials to support the Licensed Products without first submitting them for Starbucks' approval and the factual basis for Starbucks' contention;

8. The specific occasions on which Starbucks contends that Kraft failed reasonably to involve Starbucks in "significant sales planning" (within the meaning of the Supply Agreement) and the factual basis for Starbucks' contention;

9. The factual basis for Starbucks' assertion that it has repeatedly requested that a Starbucks representative attend all quarterly sales calls with Kraft's top nine customers;

10. The factual basis for Starbucks' contention that, in the past year, Kraft conducted "significant sales calls" with "more than 30 sales calls with Starbucks [sic] top nine customers"; and

11. The factual basis for Starbucks' contention that it was unable to attend "significant sales calls" with Starbucks' top nine customers."

We look forward to hearing from you.

Very truly yours,

Deanie Elsner

cc: Paula Boggs
Executive Vice President, General Counsel and Secretary
Starbucks Corporation
2401 Utah Avenue
Seattle, Washington 98134

Aaron M. Panner, Esquire
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.