# EXHIBIT 23

**From:** Flack, John J
**Sent:** Monday, December 20, 2010 2:43 PM
**To:** Hardy, Paul A; Conner, Stewart S; Hansen, David A; Flaherty, Colleen F; Schwarz, Stephen J; Burns, David C
**Subject:** FW: -_Enter_Initial_Demand_xkbh_101208135152(1).csv

FYI....per my earlier email. This is the result of the conflicting info Publix is getting from Kraft and Starbucks. Looks like they ordered 3100 cases of each of the MH Tassimo items as an opening order for their Lakeland and Atlanta facilities.

**From:** Pierce, Jason M
**Sent:** Monday, December 20, 2010 2:38 PM
**To:** Flack, John J
**Subject:** FW: -_Enter_Initial_Demand_xkbh_101208135152(1).csv

John.....Forgot to copy you on this. Were you aware of this?

Thanks,
Jason

**From:** Pierce, Jason M
**Sent:** Monday, December 20, 2010 2:30 PM
**To:** Higgins, Karen R; Munch, Michelle C; Norton, Jean H; Hardy, Paul A; Rae, Kelly L
**Subject:** FW: -_Enter_Initial_Demand_xkbh_101208135152(1).csv

Karen,

Looks like we will be losing the items below once the Tassimo goes to stores next month. UPCs are below.......Thanks

Per Buyer, Publix will not be ordering new items:
179719 – 43000 03475     SBUX LATTE
179711 – 43000 01792     SBC Brkfst Blnd
164225 – 43000 67000     SBUX House Blend
164226 – 43000 67001     SBUX Brkfst Blnd

They will be adding these items as triple facing, so they will likely move heavy. I will pull the portal data as planned on 12/27 when we get back in.
164228 – Lkld 2050 cases and Atl 1080 cases          43000 01309     MH LAtte
179708 – Lkld 2050 cases and Atl 1080 cases          43000 01306     MH House Blend

Thanks,

1

Jason

**From:** Kim Higgins [mailto:Kim.Higgins@publix.com]
**Sent:** Monday, December 20, 2010 2:05 PM
**To:** Pierce, Jason M; Norton, Jean H
**Cc:** Pam Wright
**Subject:** FW: -_Enter_Initial_Demand_xkbh_101208135152(1).csv

*Per Buyer, we will not be ordering new items:*
*179719*
*179711*
*164225*
*164226*

*However, we will be ordering the following new items:*
*164228 – Lkld 2050 cases and Atl 1080 cases*
*179708 – Lkld 2050 cases and Atl 1080 cases*

*Thanks,*
*Kim Higgins, Supply Chain Replenisher*
*Corporate Purchasing, Publix Super Markets, Inc.*
*E-Mail: Kim.Higgins@Publix.com*
*PH. (863) 680-5264*
*FAX (863) 284-5557*

*Life isn't about waiting for the storm to pass, it's about learning to dance in the rain~author unknown*

---

**From:** Pam Wright
**Sent:** Monday, December 20, 2010 10:55 AM
**To:** Kim Higgins
**Cc:** Mike O'Heir
**Subject:** RE: -_Enter_Initial_Demand_xkbh_101208135152(1).csv

Kim:
Just informed:
Tassimo Starbucks and Tassimo Seattle's Best product will not be included in the upcoming POG due to Kraft not representing these brands later in the year.

No longer included:

| | |
|---|---|
| 179719 | TASSIMO STBK LATTE DISC |
| 179711 | TASSIMO SB BRKST BLD DISC |
| 164225 | TASSIMO STRBK HOUSE BLD |
| 164226 | TASSIMO STRBK BKFT BLEND |

Triple facing the following:

2

| 164228 | TASSIMO MAXWELL HSE LATTE |
| 179708 | TASSIMO MH HOUSE BLEND |

Since these items are being triple faced in the POG, I would order 3 cases per store now and see how the inventory goes.

Action: Please cancel the orders in our system and to Kraft on the 4 sku's above and increase the needs on the other 2 sku's.

Thanks! Pam

---

**From:** Kim Higgins
**Sent:** Wednesday, December 08, 2010 9:02 AM
**To:** Jason Pierce; jnorton@kraft.com
**Cc:** Pam Wright
**Subject:** -_Enter_Initial_Demand_xkbh_101208135152(1).csv


*Attached you will find order quantities for your upcoming new items. Please plan accordingly. You should start receiving actual orders for these new items approximately 12/31/10. Let me know if you have any questions/concerns.*

*Thanks,*
*Kim Higgins, Supply Chain Replenisher*
*Corporate Purchasing, Publix Super Markets, Inc.*
*E-Mail: Kim.Higgins@Publix.com*
*PH. (863) 680-5264*
*FAX (863) 284-5557*

*Life isn't about waiting for the storm to pass, it's about learning to dance in the rain~author unknown*

3