# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

KRAFT FOODS GLOBAL, INC.,

                          **Plaintiff,**

    -against-                                     10 CV 09085 (CS)

                                          **JUDGMENT**

STARBUCKS CORPORATION,

                          **Defendant.**

-------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Cathy Seibel, U.S.D.J., and the Court thereafter on January 31, 2011, having handed down an Order (Docket #47), denying plaintiff's application for a preliminary injunction, it is,

       **ORDERED, ADJUDGED AND DECREED:** that for the reasons stated on the record, in open court on January 28, 2010, plaintiff's application for a preliminary injunction is denied, therefore Judgment is entered in favor of defendant Starbucks Corporation, and the case is hereby closed.

**DATED: White Plains, N.Y.**
        **February 7, 2011**

                                          _____

                                 **RUBY KRAJICK - CLERK**